THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-00261-BO

| | |
|---|---|
| ROOKS FARM SERVICE, INC., CHARLES M. ROOKS AND JEFFREY C. ROOKS individually and on behalf of a Class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and SYNGENTA SEEDS, INC.,<br><br>Defendants. | ORDER STAYING PENDING TRANSFER OF THIS ACTION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

Upon considering the parties' Stipulation and Joint Motion for Stay Pending Transfer of This Action by the Judicial Panel on Multidistrict Litigation, it is ORDERED that the Motion is GRANTED. All proceedings and deadlines in this case are STAYED until thirty days after the Judicial Panel on Multidistrict Litigation determines whether to transfer this action to an MDL proceeding and completes any transfer of the action pursuant to 28 U.S.C. § 1407. *See In re Syngenta MIR162 Litig.*, MDL No. 2591 (J.P.M.L. 2014).

So ordered this 29 day of December, 2014.

_____
The Honorable Terrence W. Boyle
United States District Court Judge